United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY DAVID RAY ROBERTSON,

Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

Defendants.

Case No.   15-cv-02549-WHO (PR)

**ORDER APPOINTING COUNSEL;
ORDER STAYING ACTION**

The Court having determined that it would be beneficial to have counsel assist plaintiff Randy Robertson in this matter and having located volunteer counsel willing to be appointed to represent him, it is hereby ordered that Michael Bien (California Bar No. 96891) of Rosen Bien Galvan & Grunfeld LLP is appointed as counsel for all purposes for Robertson in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action. Counsel is requested to file a notice of appearance within two weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

The Clerk shall send a copy of this Order to Michael Bien, Rosen Bien Galvan & Grunfeld LLP, 50 Fremont Street, 19th Floor, San Francisco, California, 94105. The Clerk shall also send a copy of this order to Robertson and defendants' counsel.

**IT IS SO ORDERED.**

**Dated:** December 7, 2015

WILLIAM H. ORRICK
United States District Judge