UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02549-WHO<br><br>**ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 20 |

　　Yesterday, April 14, 2016, plaintiff filed his first amended complaint against Contra Costa County and various other defendants, many of whom were not named in the original complaint and/or have not yet been served.

　　I expect plaintiff to expeditiously effect service of process on any unserved defendants. Pursuant to Federal Rule of Civil Procedure 12, defendants shall respond to the first amended complaint within 21 days of being served with it or, if already served, within 21 days of the date of this Order.

　　A case management conference is set for July 18, 2016.

　　**IT IS SO ORDERED**.

Dated: April 15, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge