MICHAEL W. BIEN – 096891
LISA ELLS – 243657
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
       lells@rbgg.com
       vswearingen@rbgg.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | Case No. 3:15-cv-02549-WHO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES AND HEARING ON COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. William H. Orrick<br>Date: July 19, 2016<br>Time: 2:00 p.m.<br>Crtrm.: 2, 17th Floor<br><br>Trial Date: None Set |

[3003711-1]

1   WHEREAS, Plaintiff Randy David Ray Robertson served his First Amended
2   Complaint ("FAC") on Defendants Contra Costa Office of the Sherriff and Contra Costa
3   Health Services on April 20, 2016, and served Defendant Contra Costa County on April
4   21, 2016;
5   WHEREAS, Plaintiff Robertson and Defendants Contra Costa County, Contra
6   Costa Office of the Sherriff, and Contra Costa Health Services (collectively, "County
7   Defendants") stipulated to a two-week extension of the deadline for County Defendants to
8   respond to the First Amended Complaint to May 26, 2016, and the Court so ordered (Dkt.
9   No. 29);
10  WHEREAS, County Defendants filed a Motion to Dismiss Plaintiff Robertson's
11  FAC on May 26, 2016 (Dkt. No. 31);
12  WHEREAS, Plaintiff Robertson does not disagree with County Defendants'
13  contention that certain claims pleaded as Eighth Amendment Claims should be pleaded as
14  Fourteenth Amendment Claims in an amended complaint;
15  WHEREAS, Plaintiff Robertson and County Defendants (collectively, "the
16  Parties") have agreed to an expedited mutual document exchange in part to:  1) potentially
17  narrow the number of individual Defendants and/or claims, if the Parties agree that the
18  exchanged documents warrant such narrowing; and 2) consider the appropriateness of
19  early settlement discussions following the document exchange;
20  WHEREAS, the Parties have agreed that their expedited mutual document
21  exchange will be effectuated by June 10, 2016;
22  WHEREAS, the Parties seek a two-week extension to the existing Motion to
23  Dismiss briefing deadlines (currently Plaintiff's Opposition is due July 9, 2016, and
24  County Defendants' Reply is due July 16, 2016);
25  WHEREAS, a hearing on County Defendants' Motion to Dismiss is currently set
26  for July 6, 2016;
27  WHEREAS, a Case Management Conference is currently set for July 19, 2016
28  (Dkt. No. 30);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties to this action, through their respective counsel that:

- Plaintiff Robertson shall file his Opposition to County Defendants' Motion To Dismiss on or by June 23, 2016;
- County Defendants shall file their Reply in Support of County Defendants' Motion To Dismiss on or by June 30, 2016; and
- The hearing on County Defendants' Motion to Dismiss will be set for July 19, 2016 at 2:00 p.m., the same date and time as the currently-scheduled Case Management Conference.

DATED: June 3, 2016            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiff

DATED: June 3, 2016            Respectfully submitted,

SHARON L. ANDERSON
COUNTY COUNSEL

By: */s/ Patrick L. Hurley*
    Deputy County Counsel

Attorneys for Defendants
CONTRA COSTA COUNTY, CONTRA COSTA OFFICE OF THE SHERIFF, AND CONTRA COSTA HEALTH SERVICES

[3003711-1]

2    3:15-cv-02549-WHO
STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES AND HEARING ON COUNTY DEFENDANTS' MOTION TO DISMISS

**ORDER**

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the existing deadlines associated with County Defendants' Motion To Dismiss Plaintiff Robertson's First Amended Complaint are modified as follows:

- Plaintiff Robertson shall file his Opposition to County Defendants' Motion To Dismiss on or by June 23, 2016;
- County Defendants shall file their Reply in Support of County Defendants' Motion To Dismiss on or by June 30, 2016; and
- The hearing on County Defendants' Motion to Dismiss will be set for July 19, 2016 at 2:00 p.m., the same date and time as the currently-scheduled Case Management Conference.

IT IS SO ORDERED.

DATE: June 6, 2016

Hon. William H. Orrick
United States District Judge