MICHAEL W. BIEN – 096891
LISA ELLS – 243657
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
lells@rbgg.com
vswearingen@rbgg.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | Case No. 3:15-cv-02549-WHO<br><br>**STIPULATION AND ORDER TO EXTEND COUNTY DEFENDANTS' TIME TO FILE AN AMENDED ANSWER AND PLAINTIFF'S TIME FOR MOVING TO STRIKE THE OPERATIVE ANSWER**<br><br>Judge:  Hon. William H. Orrick<br><br>Trial Date:   October 23, 2017 |

1    WHEREAS, Defendants Contra Costa County, Contra Costa Office of the Sherriff,
2 and Contra Costa Health Services (collectively, "County Defendants") served their Answer
3 to Plaintiff Randy David Ray Robertson's First Amended Complaint (Dkt. No. 51,
4 "Answer") on August 26, 2016;
5    WHEREAS, Plaintiff Robertson's current deadline for filing a motion to strike
6 County Defendants' Answer under Fed. R. Civ. Proc. 12(f)(2) is September 16, 2016;
7    WHEREAS, Plaintiff Robertson's counsel informed County Defendants' counsel
8 that all of the affirmative defenses in the Answer are insufficiently pled or not affirmative
9 defenses at all, and that Plaintiff Robertson intended to move to strike all affirmative
10 defenses on these grounds;
11    WHEREAS, County Defendants agreed to file Amended Answer to Plaintiff Randy
12 David Ray Robertson's First Amended Complaint ("Amended Answer") to attempt to
13 avoid unnecessary law and motion work;
14    WHEREAS, County Defendants seek additional time to file an Amended Answer
15 so that the parties can focus their resources on the upcoming October 4, 2016 settlement
16 conference before the Hon. Judge Spero and possibly avoid unnecessary work in the event
17 settlement is reached;
18    WHEREAS, the parties agree that County Defendants' may file an Amended
19 Answer by October 14, 2016;
20    WHEREAS, the parties agree that Plaintiff Robertson does not waive his right to
21 move to strike County Defendants' operative answer and the County Defendants do not
22 waive their right to seek further leave to amend in response to any motion to strike the
23 Amended Answer;
24    WHEREAS, the parties agree that Plaintiff Robertson's deadline to file a motion to
25 strike County Defendants' operative answer under Fed. R. Civ. Proc. 12(f)(2) is extended
26 to 21 days after County Defendants file an Amended Answer, or to November 4, 2016 in
27 the event County Defendants do not file an Amended Answer;
28    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

between the Parties, through their respective counsel that:

- County Defendants' deadline to file an Amended Answer is extended to October 14, 2016; and
- Plaintiff Robertson's deadline to file a motion to strike County Defendants' operative answer is extended to 21 days after County Defendants file an Amended Answer, or to November 4, 2016 in the event County Defendants do not file an Amended Answer.

DATED: September 14, 2016            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
       Van Swearingen

Attorneys for Plaintiff

DATED: September 14, 2016            Respectfully submitted,

SHARON L. ANDERSON
COUNTY COUNSEL

By: */s/ Patrick L. Hurley*
       Patrick L. Hurley
       Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY, CONTRA COSTA OFFICE OF THE SHERIFF, AND CONTRA COSTA HEALTH SERVICES

**ORDER**

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the existing deadlines are extended as follows:

- County Defendants' deadline to file an Amended Answer is extended to October 14, 2016; and
- Plaintiff Robertson's deadline to file a motion to strike County Defendants' operative answer is extended to 21 days after County Defendants file an Amended Answer, or to November 4, 2016 in the event County Defendants do not file an Amended Answer.

IT IS SO ORDERED.

DATE: September 14, 2016

_____
Hon. William H. Orrick
United States District Judge