1  MICHAEL W. BIEN – 096891
   LISA ELLS – 243657
2  VAN SWEARINGEN – 259809
   ROSEN BIEN GALVAN & GRUNFELD LLP
3  50 Fremont Street, 19th Floor
   San Francisco, California 94105-2235
4  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
5  Email:      mbien@rbgg.com
               lells@rbgg.com
6              vswearingen@rbgg.com

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12  RANDY DAVID RAY ROBERTSON, | Case No. 3:15-cv-02549-WHO |
|---|---|
| 13     Plaintiff, | [PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| 14     v. | |
| 15  CONTRA COSTA COUNTY, et al., | Judge: Hon. Joseph C. Spero<br>Date: October 4, 2016 |
| 16     Defendants. | Time: 9:30 a.m.<br>Crtrm.: G, Floor 15 |
| 17  | Trial Date:  October 23. 2017 |
| 18  | |

19       Randy David Ray Robertson, CSH # 2069-3, a necessary and material witness in a
20  settlement conference in this case on October 4, 2016, is confined in Coalinga State
21  Hospital, Unit 17, PO Box 5000, Coalinga, California 93210, in the custody of the
22  Director.  In order to secure this patient's attendance, it is necessary that a Writ of Habeas
23  Corpus ad Testificandum issue commanding the custodian to produce the patient before
24  the Honorable Joseph C. Spero, by telephone, to the U. S. District Court, San Francisco
25  Courthouse, Courtroom G - 15th Floor, 450 Golden Gate Avenue, San Francisco, CA
26  94102 on October 4, 2016 at 9:30 a.m.
27       ACCORDINGLY, IT IS ORDERED that:
28       1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this

court, commanding the Director to produce the patient named above, by telephone from Coalinga State Hospital, to participate in a settlement conference at the time and place above, until the completion of the settlement conference.

2. The custodian is ordered to notify the court of any change in custody of this patient, and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this Order and Writ of Habeas Corpus ad Testificandum on the Litigation Coordinator at Coalinga State Hospital via fax at (559) 935-4308.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Director, Coalinga State Hospital, P. O. Box 5000, Coalinga, California 93210:**

WE COMMAND you to produce the patient named above to testify, by telephone, before the Honorable Joseph C. Spero, at the time and place stated above, by telephone, until the completion of the settlement conference. You shall notify Karen Hom, Deputy Clerk, United States District Court, at (415)-522-2035 of the telephone number at which the patient may be contacted during the settlement conference.

FURTHER, you have been ordered to notify the court of any change in custody of this patient, and is ordered to provide the new custodian with a copy of this writ.

DATED:  September 22, 2016

Joseph C. Spero
Chief Magistrate Judge