UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No. 3:15-cv-02549-WHO<br><br>**FINAL ORDER OF DISMISSAL**<br><br>Judge:  Hon. William H. Orrick |

Upon consideration of the Parties' Joint Motion for Dismissal with Prejudice, THE COURT NOW FINDS:

(1) Plaintiff Randy David Ray Robertson has agreed to dismiss all of his claims against all parties in this case with prejudice; and

(2) The Parties have agreed that this Court will retain jurisdiction for the sole purpose of enforcing the Settlement Agreement executed by the parties.

THE COURT THEREFORE ORDERS:

(1) All claims in this matter are dismissed with prejudice; and

(2) This Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement.

IT IS SO ORDERED.

DATED: January 9, 2017

_____
William Orrick
United States District Judge